## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**GEORGE E. KING,**

      **Plaintiff,**

    **vs.**                                          **Civ. No. 17-1053  RB/KK**

**SAFECO INSURANCE**
**COMPANY OF AMERICA,**

      **Defendant.**

### ORDER ADOPTING JOINT STATUS REPORT AND
### PROVISIONAL DISCOVERY PLAN WITH CHANGES AND
### SETTING CASE MANAGEMENT DEADLINES

THIS MATTER came before the Court on a Rule 16 scheduling conference held on December 14, 2017.  Following a review of the attorneys' Joint Status Report and Provisional Discovery Plan filed on November 29, 2017, and after conferring with counsel, the Court adopts the Joint Status Report and Provisional Discovery Plan modified as follows:  Depositions of parties, Rule 30(b)(6) designees and experts are limited to seven (7) hours, and depositions of all other witnesses are limited to four (4) hours, unless extended by agreement of the parties.

The following case management deadlines have been set:

a)     Deadline for Plaintiff to amend and join additional parties by written consent or to seek leave of the court to amend and join additional parties in compliance with Fed. R. Civ. P. 15(a)(2):       January 15, 2018

b)     Deadline for Defendant to amend and join additional parties by written consent or to seek leave of the court to amend and join additional parties in compliance with Fed. R. Civ. P. 15(a)(2):       February 15, 2018

c)     Plaintiff's Rule 26(a)(2) expert disclosure[1]:       March 15, 2018

---

[1] Parties must disclose the names of all expert witnesses, the subject matter on which the experts will present evidence, and a summary of the facts and opinions to which the experts are expected to testify by this date.  Experts

| d) | Defendant's Rule 26(a)(2) expert disclosure[1]: | April 16, 2018 |

| e) | Termination date for discovery: | May 14, 2018 |

| f) | Motions relating to discovery to be filed by: | June 4, 2018 |

| g) | Pretrial motions other than discovery motions (including motions which may require a *Daubert* hearing) filed by: | June 14, 2018 |

| h) | Pretrial Order: Plaintiff to Defendant by: | August 27, 2018 |
|    | Defendant to Court by: | September 10, 2018 |

Any extension of the case management deadlines must be approved by the Court. Any requests for additional discovery must be submitted to the Court by motion prior to the expiration of the discovery. The parties will supplement their disclosures or discovery responses pursuant to Fed. R. Civ. P. 26(e)(1) within thirty days of learning any disclosure or response is incomplete or incorrect. After the close of discovery, parties must supplement their disclosures or discovery responses as soon as possible, but no later than seven (7) days after learning of the need to supplement. A settlement conference will be scheduled by separate order.

**IT IS SO ORDERED.**

**KIRTAN KHALSA**
**United States Magistrate Judge**

---

who are retained or specifically employed to provide expert testimony must also submit an expert report by this date. *See* Fed. R. Civ. P. 26(a)(2). The parties must have their retained expert(s) ready to be deposed at the time they identify them and provide their reports. Expert witnesses who are not required to provide a written report may be deposed before summary disclosure.